IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) No. 4:13 CR 251 AGF/DDN |
| DEJUAN L. CRUMER, | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION TO RECONSIDER THE MONETARY PORTION OF HIS BOND

Comes now Defendant DeJuan Crumer, through his attorney, Sean M. Vicente, Assistant Federal Public Defender, and respectfully requests the Court to set his cash bond at $500, instead of $3000, but with all other conditions previously ordered on July 18, 2013 to remain the same. On July 18, 2013, the Court set various conditions for Mr. Crumer's release including the condition that an appearance bond of $30,000 secured by equity or $3000 cash be signed by Mr. Crumer and his aunt. Over the last month the Mr. Crumer's family has been saving what extra money they have and they have been able to raise $500 towards the $3000. As the Court is aware, Mr. Crumer has no prior criminal history and is not facing a mandatory minimum sentence in this case. Those factors combined with his family's stake in the case will be enough to ensure his appearance in court.

Respectfully submitted,

/s/Sean M. Vicente
SEAN M. VICENTE
Federal Public Defender
1010 Market Street, Suite 200

St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Sean_Vicente@fd.org

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2013 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Jeannette Graviss, Assistant United States Attorney.

/s/Sean M. Vicente
SEAN M. VICENTE
Assistant Federal Public Defender